# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01488-BNB

BOBBY JACK JENKINS,

    Plaintiff,

v.

ET AL.,
U.S. GOVERNMENT INTELLIGENCE AGENTS,
AIR FORCE – WASHINGTON D.C.,
SOCIAL SECURITY ADMINISTRATION INTELLIGENCE AGENT JEFF GRAHAM,
    State of Wyoming,
THE HONORABLE MATT MEAD, Gover. of Wyoming,
HONORABLE NANCY D. FREUDENTHAL, Chief United States District Judge,
TIMOTHY W. GIST, Assistant United States Attorney,
MARK LANZMAN, Attorney,
STATE OF WYO WORKER COMPENSATION, Cheyenne Wyo – State of Wyo, and
USDA HUD – LOW INCOME HOUSING DEPT. OF THE STATE OF WYO – SAGE
    APARTMENT,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion: Retaliation Against Rights" (ECF No. 13) filed July 8, 2013, is DENIED because it is not clear what relief Plaintiff is seeking.

Dated: July 9, 2013